31437.27951

1  CHRISTOPHER E. PANETTA (Bar No. 175127)
   FENTON & KELLER
2  A Professional Corporation
   2801 Monterey-Salinas Highway
3  Post Office Box 791
   Monterey, CA 93942
4  Telephone:    831-373-1241
   Facsimile:    831-373-7219
5
   Attorneys for Plaintiff
6  Donna McGuire

7

8  BARBARA A. FITZGERALD (Bar No. 151038)
   MORGAN, LEWIS & BOCKIUS LLP
   300 S. Grand Street
9  Twenty-Second Floor
   Los Angeles, CA 90071
10 Telephone: 213-612-7208
   Facsimile: 213-612-2501
11
   Attorneys for Defendant
12 JPMorgan Chase Bank, N.A.

13

14
                  UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN JOSE DIVISION
17

18
   DONNA MCGUIRE,                          CASE NO. C10-00285 JW
19
                  Plaintiff,                STIPULATION AND [PROPOSED]
20                                          ORDER TO STAY CIVIL PROCEDURES
         v.                                 PENDING HEARING ON DEFENDANT'S
21                                          PETITION TO COMPEL ARBITRATION
   JP MORGAN CHASE BANK, N.A., as
22 acquirer of certain assets and liabilities of
   Washington Mutual Bank from the
23 Federal Deposit Insurance Corporation
   acting as receiver (Washington Mutual
24 Bank formerly known as Washington
   Mutual Bank, F.A.); Thomas Hernandez,
25 an individual; and DOES 1 through 50,
   inclusive
26
                  Defendants.
27

28

H:\Documents\bbc.06yon7q.doc

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

STIPULATION AND PROPOSED ORDER – CASE NO. C 100285 JW

1   WHEREAS, Defendant's Petition to Compel Arbitration and Stay These Proceedings
2  Pending Arbitration is set for hearing on June 14, 2010.
3   WHEREAS, pending the decision on the Petition to Compel Arbitration, the civil
4  procedures ordered in advance of the Case Management Conference (with the exception of the
5  Joint Case Management Conference Statement) are premature.
6   NOW WHEREFORE, the parties hereby stipulate and agree that, with the exception of
7  the filing of the Joint Case Management Conference Statement on or before June 4, 2010, all
8  other civil procedures ordered in advance of the Case Management Conference are stayed
9  pending the hearing on Defendant's Petition to Compel Arbitration and Stay These Proceedings
10 Pending Arbitration. These stayed procedures include the Alternative Dispute Resolution filings,
11 the Rule 26(a) disclosures and the filing of the Rule 26(f) report.

12 Dated: April 22, 2010.                  FENTON & KELLER

14                                          By: _____
15                                              Christopher E. Panetta
                                                Attorneys for Plaintiff

16 Dated: April 22, 2010.                  MORGAN, LEWIS & BOCKIUS LLP

18                                          By: _____
19                                              Barbara A. Fitzgerald
                                                Attorneys for Defendant

21      IT IS SO ORDERED.

23 Dated: May 4, 2010                      _____
24                                          Hon. James Ware
                                            U.S. District Judge