**IT IS SO ORDERED AS MODIFIED**

Judge James Ware

10/21/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DONNA McGUIRE,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver (Washington Mutual Bank formerly known as Washington Mutual Bank, F.A.); THOMAS HERNANDEZ, an individual and Does 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No. CV 10-00285 JW<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND CURRENT LITIGATION DATES FOR THIRTY (30) DAYS**<br><br>Action Filed:　　　January 21, 2010<br>Trial Date:　　　　Not Set<br>Discovery Cutoff:　January 14, 2011<br>Motion Cutoff:　　March 14, 2011 |

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFOR, this Stipulation is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED that the parties comply with the following schedule:

### NEW CASE SCHEDULE BASED ON STIPULATION

| | |
|---|---|
| **Close of all Discovery** | February 14, 2011 |
| **Last Date for Hearing Dispositive Motions** (*Approximately 60 days after Close of All Discovery*) | April 11, 2011 at 9:00 AM |
| **Preliminary Pretrial Conference at 11 a.m.** (*Approximately 30 days before Close of All Discovery*) | January 24, 2011 |
| **Preliminary Pretrial Conference Statements** (*Due 10 days Before Conference*) | January 14, 2011 |
| **Initial Expert Disclosures** (*63 Days Before Discovery Cutoff*) | December 13, 2010 |
| **Rebuttal Expert Disclosures** (*49 Days Before Discovery Cutoff*) | December 27, 2011 |
| **Last Date for Hearing Motions Regarding Expert Disclosures at 9 a.m.** (*42 Days After Expert Disclosures*) | February 7, 2011 |

IT IS SO ORDERED.

Dated: __October 21__, 2010

_____
THE HON. JAMES WARE
JUDGE OF THE DISTRICT COURT