| | |
|---|---|
| 1 | BARBARA A. FITZGERALD, State Bar No. 151038 |
|   | E-mail: bfitzgerald@morganlewis.com |
| 2 | DENNIS S. HYUN, State Bar No. 224240 |
|   | E-mail: dhyun@morganlewis.com |
| 3 | MORGAN, LEWIS & BOCKIUS LLP |
|   | 300 South Grand Avenue, Twenty-Second Floor |
| 4 | Los Angeles, CA  90071-3132 |
|   | Tel:  213.612.2500 |
| 5 | Fax:  213.612.2501 |

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

CHRISTOPHER E. PANETTA, State Bar No. 175127
FENTON & KELLER, A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA  93942
Telephone:     831-373-1241
Facsimile:     831-373-7219

Attorneys for Plaintiff
DONNA McGUIRE

**IT IS SO ORDERED**
*Judge James Ware*
1/14/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DONNA McGUIRE, | Case No. CV 10-00285 JW |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE LAWSUIT, WITH PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver (Washington Mutual Bank formerly known as Washington Mutual Bank, F.A.); THOMAS HERNANDEZ, an individual and Does 1-50, inclusive, | [[Proposed] Order filed herewith] |
| | Action Filed:       January 21, 2010 |
| | Trial Date:          Not Set |
| | Discovery Cutoff: January 14, 2011 |
| | Motion Cutoff:    March 14, 2011 |
| Defendants. | |

## STIPULATION

This stipulation is hereby made and entered into by and between Plaintiff Donna McGuire ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase" or "Defendant") (collectively, the "parties"), by and through their attorneys of record, pursuant to F.R.C.P. 41(a)(1)(A)(ii), with reference to the following facts:

1. WHEREAS, on January 21, 2010, Plaintiff filed her Complaint for Damages in the United States District for the Northern District of California, San Jose Division, designated Case No. CV 10-00285 JW; and

2. WHEREAS, Plaintiff and Defendant wish to have this entire lawsuit be dismissed as to all parties, with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii).

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff shall dismiss her Complaint for Damages as to all parties, including each and every claim and/or cause of action alleged therein, including without limitation, the claims for: (1) Sexual Harassment in Violation of Title VII; (2) Sexual Harassment in Violation of the California Fair Employment and Housing Act, California Government Code Section 12900 *et seq.*; (3) Retaliation; (4) Wrongful Termination in Violation of Public Policy; (5) Intentional Infliction of Emotional Distress; and (6) Negligent Infliction of Emotional Distress, with prejudice;

2. Plaintiff and Defendant shall be responsible for bearing their own attorneys' fees and costs; and

///
///
///
///
///
///
///

3. The Court shall enter an Order of Dismissal, with Prejudice, in the court records pursuant to F.R.C.P. 41(a)(1)(A)(ii), as to Plaintiff's entire Complaint and as to all parties.

SO STIPULATED. The Clerk shall close this file.

Dated: ~~December~~ January 13, ~~2010~~ 2011    MORGAN, LEWIS & BOCKIUS LLP

By: _____
    BARBARA A. FITZGERALD
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

Dated: December 28, 2010    FENTON & KELLER

By: _____
    CHRISTOPHER E. PANETTA
Attorneys for Plaintiff
DONNA McGUIRE